

September 16, 2022

**Stephen J. Barrett**
212.915.5479 (direct)
Stephen.Barrett@wilsonelser.com

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSEMENT.
Summary Judgment briefing schedule is adopted.
The post-discovery status conference scheduled for
September 29, 2022 is canceled.

9/19/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   North Fork Partners Investment Holdings LLC v. Bracken et al; 20-cv-02444
      **Request to So-Order Amended Summary Judgment Briefing Schedule**

Dear Judge Liman:

Our office represents defendants Christopher Erb and Kenneth F. Elias in the above referenced matter. We write in follow up to the conference held before Your Honor on September 7, 2022 and to request that the Court so-order the amended deadlines for summary judgment motions made on the record during that hearing. A copy of the September 7, 2022 hearing transcript is annexed hereto as Exhibit A for the Court's reference.

During the September 7, 2022 conference, the Court stated that "the case management order is amended" to set the following summary judgment briefing schedule:

| Event | Deadline |
|---|---|
| Motions for Summary Judgment | October 17, 2022 |
| Opposition to Motions for Summary Judgment | November 7, 2022 |
| Reply in further support of Motions for Summary Judgment | November 21, 2022 |

See Ex. A, Transcript at 16:16-17:18.

We respectfully request that the attached transcript be so-ordered to amend the case management order as indicated on the record.

Finally, during the September 7, 2022 conference, we neglected to address the status conference presently scheduled for September 29, 2022 at 11 a.m. In retrospect, it is unclear



- 2 -

whether the Court wishes to proceed with that status conference in light of the conference already held on September 7, 2022. The parties have conferred and agree that the September 29, 2022 conference is no longer necessary, unless there are matters that the Court wishes to address on that date. Any insight the Court might provide with respect to whether that conference will proceed would be greatly appreciated.

We note that all counsel of record reviewed this letter prior to its submission to Your Honor. We thank the Court for its attention to this matter.

Respectfully submitted,

**Wilson Elser Moskowitz Edelman & Dicker LLP**

/s/ Stephen Barrett

Stephen J. Barrett


Enclosure

cc: All Counsel of Record (Via ECF)