**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NORTH FORK PARTNERS INVESTMENT
HOLDINGS, LLC,

                Plaintiff,                      20 **CIVIL** 2444 (LJL)

      -against-                           **JUDGMENT**

W. CHRISTOPHER BRACKEN, *et al.*,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 7, 2023, that the motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       June 7, 2023

                                                 **RUBY J. KRAJICK**

                                                     _____
                                                         **Clerk of Court**

                                 **BY:**

                                                         _____
                                                        **Deputy Clerk**